1 BRIAN L. JOHNSRUD, State Bar No. 184474
CURLEY, HURTGEN & JOHNSRUD LLP
2 4400 Bohannon Drive, Suite 230
Menlo Park, CA 94025
3 Telephone: 650.600.5300
Facsimile: 650.323.1002
4 E-mail: bjohnsrud@chjllp.com

5 MICHAEL A. CURLEY, admitted *pro hac vice*
CURLEY, HURTGEN & JOHNSRUD LLP
6 5 Penn Plaza, 23rd Floor
New York, NY 10001
7 Telephone: 646.378.2231
Facsimile: 267.543.1160
8 E-mail: mcurley@chjllp.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LINDLEY, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KAG WEST, LLC and KEENAN ADVANTAGE GROUP, LLC, <br><br> Defendants. | Case No. 2:17-cv-00825-MCE-DB <br><br> **ORDER GRANTING DEFENDANTS KAG WEST, LLC AND THE KENAN ADVANTAGE GROUP, INC.'S REQUEST FOR BIFURCATED DISCOVERY** |

The Court having read and considered the moving and responding papers presented, and good cause appearing, hereby orders that Defendants' Request For Bifurcated Discovery in the above-captioned case, ECF No. 17, is GRANTED.[1] Because oral argument would not be of material assistance in rendering a decision, Defendants' request for oral argument, ECF No. 20, is DENIED.

Accordingly, the parties shall proceed with individual discovery on Plaintiff's claims, with class discovery as a second phase if deemed necessary and

---

[1] "The decision to bifurcate discovery in putative class actions prior to certification is committed to the discretion of the trial court." True Health Chiropractic Inc v. McKesson Corp., No. 13-cv-02219-JST, 2015 WL 273188, at *1 (N.D. Cal. Jan. 20, 2015), citing Del Campo v. Kennedy, 236 F.R.D. 454, 459 (N.D.Cal.2006) (citations omitted); see, e.g., Medlock v. Taco Bell Corp., No. 1:07–cv–01314–SAB, 2014 WL 2154437, at *1 (E.D. Cal. May 22, 2014) (noting bifurcation of discovery as to class-certification and merits issues).

appropriate by the Court. If necessary, the parties are ordered to file a Joint Status Report within twenty (20) days of electronic filing of any order from the Court on any dispositive motion addressing Plaintiff's individual claims.

IT IS SO ORDERED.

Dated: November 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE