1  GREGORY G. PAUL, State Bar No. 233060
   MORGAN & PAUL, PLLC
2  131 A Stony Circle, Suite 500
   Santa Rosa, CA 95401
3  Telephone: 844.374.7200
   Facsimile: 888.822.9421
4  E-mail: gregpaul@morgan-paul.com

5  Attorneys for Plaintiff
   THOMAS LINDLEY
6

7  BRIAN L. JOHNSRUD, State Bar No. 184474
   CURLEY, HURTGEN & JOHNSRUD LLP
8  4400 Bohannon Drive, Suite 230
   Menlo Park, CA 94025
9  Telephone: 650.600.5300
   Facsimile: 650.323.1002
10 E-mail: bjohnsrud@chjllp.com

11 MICHAEL A. CURLEY, admitted *Pro Hac Vice*
12 CURLEY, HURTGEN & JOHNSRUD LLP
   2000 Market Street, Suite 2850
13 Philadelphia, PA 19103
   Telephone: 267.479.0460
14 Facsimile: 267.543.1160
   E-mail: mcurley@chjllp.com
15

16 Attorneys for Defendants
   KAG WEST, LLC and
17 THE KENAN ADVANTAGE GROUP, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LINDLEY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAG WEST, LLC and KEENAN ADVANTAGE GROUP, LLC,<br><br>Defendants. | Case No. 2:17-cv-00825-MCE-DB<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER** |

CURLEY, HURTGEN & JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

1

ORDER ON STIPULATION FOR
PROTECTIVE ORDER
(CASE NO. 2:17-CV-00825-MCE)

1     This Court having read and considered the Parties' Stipulation for Protective Order, it is
2 hereby ORDERED that the Stipulation is approved and shall be entered onto the docket for this
3 matter.
4     IT IS SO ORDERED.
5 Dated: December 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

ORDER ON STIPULATION FOR
PROTECTIVE ORDER
(CASE NO. 2:17-CV-00825-MCE)

CURLEY, HURTGEN &
JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK