| | |
|---|---|
| 1 | BRIAN L. JOHNSRUD, State Bar No. 184474 |
| | CURLEY, HURTGEN & JOHNSRUD LLP |
| 2 | 4400 Bohannon Drive, Suite 230 |
| | Menlo Park, CA 94025 |
| 3 | Telephone: 650.600.5300 |
| | Facsimile: 650.323.1002 |
| 4 | E-mail: bjohnsrud@chjllp.com |
| 5 | MICHAEL A. CURLEY, admitted *Pro Hac Vice* |
| | CURLEY, HURTGEN & JOHNSRUD LLP |
| 6 | 2000 Market Street, Suite 2850 |
| | Philadelphia, PA 19103 |
| 7 | Telephone: 267.479.0460 |
| | Facsimile: 267.543.1160 |
| 8 | Email: mcurley@chjllp.com |
| 9 | Attorneys for Defendants |
| | KAG WEST, LLC and THE KENAN |
| 10 | ADVANTAGE GROUP, INC. |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LINDLEY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAG WEST, LLC and KEENAN ADVANTAGE GROUP, LLC,<br><br>Defendants. | Case No. 2:17-cv-00825 MCE-DB<br><br>**ORDER GRANTING DEFENDANTS' REQUESTS TO FILE PLAINTIFF THOMAS LINDLEY'S MEDICAL RECORDS AND THE DECLARATION OF MICHAEL A. CURLEY UNDER SEAL IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Curley, Hurtgen & Johnsrud LLP
Counselors At Law
Menlo Park

1

ORDER GRANTING DEFS.' REQUESTS TO FILE PLTF.'S MEDICAL RECORDS AND CURLEY DECL. UNDER SEAL ISO DEFS.' MOTION FOR SUMMARY JUDGMENT (CASE NO. 2:17-CV-00825 MCE-DB)

Having considered Defendants' Requests to Seal Documents (ECF Nos. 27, 30) and for good cause shown, the Court GRANTS these requests. Pursuant to Local Rule 141, the Court ORDERS that the following documents are hereby filed under permanent seal:

1. Exhibit A to the Declaration of Debra Morway, stamped KAG 0000008, KAG 00000013–15, KAG 00000016a, KAG 00000016b, KAG 0000382–84, and KAG 0000386;

2. Exhibit B to the Declaration of Debra Morway, stamped LINDLEY 000015 and LINDLEY 000024;

3. Exhibit C to the Declaration of Debra Morway, consisting of transcripts numbered 45–48, 62, 78, 97, 107, 164–65, and 181;

4. Exhibit D to the Declaration of Debra Morway, consisting of a letter dated June 15, 2018 with three (3) consecutively numbered pages; and

5. Exhibit A to the Second Declaration of Debra Morway, consisting of the Declaration of Michael A. Curley with Exhibits A–E.

IT IS SO ORDERED.

Dated: October 23, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Curley, Hurtgen & Johnsrud LLP
Counselors At Law
Menlo Park

2

ORDER GRANTING DEFS.' REQUESTS TO FILE PLTF.'S MEDICAL RECORDS AND CURLEY DECL. UNDER SEAL ISO DEFS.' MOTION FOR SUMMARY JUDGMENT (CASE NO. 2:17-CV-00825 MCE-DB)