# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LINDLEY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KAG WEST, LLC and KEENAN ADVANTAGE GROUP, LLC,<br><br>Defendants. | Case No. 2:17-cv-00825-MCE-DB<br><br>**ORDER** |

Upon consideration of Plaintiff's Motion to Extend the Deadline to Respond to Summary Judgment (ECF No. 38) and Defendants' Response (ECF No. 39), said motion is GRANTED. Plaintiff's Response to Summary Judgment is to be filed on or before **December 27, 2018** and Defendants' Reply is to be filed on or before **January 14, 2019**.

IT IS SO ORDERED.

Dated: December 29, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE