# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LINDLEY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KAG WEST, LLC and KEENAN ADVANTAGE GROUP, LLC,<br><br>Defendants. | Case No. 2:17-cv-00825-MCE-DB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Upon consideration of the Parties' Stipulation for Dismissal (ECF No. 44), IT IS HEREBY ORDERED that said Stipulation is accepted and this case is therefore DISMISSED with prejudice as per the Stipulation. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE